UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS, III,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　Respondent | Case No. 2:21-cv-01208-DSF-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: February 16, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE